ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 5 2006

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTWON LAJOHN ANDERSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-0901-L |
| | § | No. 3:05-CR-082-L |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

This is a motion to vacate, set aside, or correct sentence brought under 28 U.S.C. § 2255. Pursuant to 28 U.S.C. § 636(b), this action was referred to the United States magistrate judge for proposed findings and recommendation. The U.S. Magistrate Judge's Findings, Conclusions, and Recommendation were filed on November 14, 2006. Movant Antwon Lajohn Anderson filed objections on November 29, 2006.

After making an independent review of the pleadings, file and record in this case, the findings and conclusions of the magistrate judge, and having considered Anderson's objections thereto, the court determines that the findings and conclusions of the magistrate judge are correct. They are therefore accepted as those of the court. Anderson's Objections are overruled. Accordingly, Anderson's Motion Pursuant to Title 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is hereby **denied**, and this action is **dismissed with prejudice**.

It is so ordered this 15th day of December, 2006.

Sam A. Lindsay
United States District Judge

Order – Page 1